IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 17 C 5171 |
| PATH CONSTRUCTION COMPANY, INC., an Illinois corporation, | ) ) ) | JUDGE CHARLES R. NORGLE, SR. |
| Defendant. | ) ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, PATH CONSTRUCTION COMPANY, INC., an Illinois corporation, in the total amount of $18,478.74, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,587.50.

On July 19, 2017, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Sandy Iga) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on August 9, 2017. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Cecilia M. Scanlon

# CERTIFICATE OF SERVICE

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 10th day of November 2017:

        Mr. Richard Krause, Registered Agent for
        Path Construction Company, Inc.
        125 E. Algonquin Road
        Arlington Heights, IL   60005

        /s/  Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Telephone:  (312) 216-2577
Facsimile: (312) 236-0241
E-mail: cscanlon@baumsigman.com

I:\CLJ\Path Construction\#27529\motion for entry of default and judgment.cms.df.wpd